UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEMETRIOUS SIMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 6291 |
| vs. | ) | |
| | ) | |
| CHICAGO POLICE OFFICERS | ) | JUDGE GOTTSCHALL |
| DICARLO, Star No. 17647, PACE, | ) | |
| Star No. 15062, the CITY OF | ) | MAGISTRATE JUDGE COLE |
| CHICAGO, and UNKNOWN | ) | |
| CHICAGO POLICE OFFICERS, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**Defendant Dicarlo's Motion for Leave to File his Answer *Instanter***

Defendant Antonio Dicarlo, by and through one of his attorneys, Shneur Z. Nathan, respectfully moves this Court for leave to file, *instanter*, his Answer to Plaintiff's Complaint. In support of this motion, Defendant Dicarlo states the following:

1. Plaintiff filed his Complaint on January 13, 2008.
2. Defendant Dicarlo was not served with a copy until February 4, 2008.
3. Therefore, Defendant Dicarlo was first able to meet with counsel toward his defense on February 21, 2008.
4. Defendant Dicarlo is now prepared to file his Answer *instanter*, a copy of which is attached hereto as Exhibit A. (*See* Ex. A.)
5. Plaintiff will not be prejudiced by this short delay; however, Defendant Dicarlo will be greatly prejudiced if he is not permitted to respond to Plaintiff's Complaint.

WHEREFORE, Defendant Dicarlo respectfully requests that this Court grant his Motion for Leave to File his Answer *Instanter*.

Respectfully submitted,

/s/ Shneur Z. Nathan
SHNEUR Z. NATHAN
Assistant Corp. Counsel

30 North LaSalle Street, 1400
Chicago, Illinois 60602
(312) 742-6413
Atty. No. 6294495

<u>CERTIFICATE OF SERVICE</u>

      I, Shneur Z. Nathan, an attorney, hereby certify that on February 27, 2008, I caused Defendant Dicarlo's Motion for Leave to File his Answer *Instanter* to be served upon all counsel of record by filing the same before the Court via the ECF system.

                                             /s/ Shneur Z. Nathan
                                               Shneur Z. Nathan