UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEMETRIOUS SIMS, | ) |
|        Plaintiff, | ) |
| | )    08 C 6291 |
| vs. | ) |
| | ) |
| CHICAGO POLICE OFFICERS DICARLO, Star No. 17647, PACE, Star No. 15062, the CITY OF CHICAGO, and UNKNOWN CHICAGO POLICE OFFICERS, | )    JUDGE GOTTSCHALL ) )    MAGISTRATE JUDGE COLE ) )    JURY TRIAL DEMANDED ) |
|        Defendants. | ) |

### Notice of Motion

To:    Christopher R. Smith
         Jared S. Kosoglad
         James M. Baranyk
         Law Offices of Christopher R. Smith
         119 N. Peoria Street, Suite 3A
         Chicago, Illinois 60607

       **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant Dicarlo's Motion for Leave to File his Answer *Instanter***.

       **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Gottschall or before such other Judge sitting in her place or stead, on the 6th day of March 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the above referenced Motion.

       **DATED** at Chicago, Illinois February 27, 2008

                                                                      Respectfully submitted,

                                                                      /s/ Shneur Z. Nathan_____
30 North LaSalle Street, 1400                   SHNEUR Z. NATHAN
Chicago, Illinois 60602                             Assistant Corp. Counsel
(312) 742-6413
Atty. No. 6294495