UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEMETRIOUS SIMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 6291 |
| vs. | ) | |
| | ) | |
| CHICAGO POLICE OFFICERS | ) | JUDGE GOTTSCHALL |
| DICARLO, Star No. 17647, PACE, | ) | |
| Star No. 15062, the CITY OF | ) | MAGISTRATE JUDGE COLE |
| CHICAGO, and UNKNOWN | ) | |
| CHICAGO POLICE OFFICERS, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**DEFENDANT PACE'S MOTION TO STAY DISCOVERY**

Defendants Pace, by and through one of her attorneys, Shneur Z. Nathan, hereby submits the foregoing Motion to Stay Discovery, and in support thereof states as follows:

1. Defendant Pace is a Chicago police officer, but is currently on military leave that is scheduled to remain in effect until March 7, 2009. (*See CPD Personnel Action Request Form attached hereto as "Ex. A"*).

2. Just days before her military leave took effect, Defendant Pace was served with a copy of the Complaint on February 8, 2008.

3. Upon information and belief, Defendant Pace is now subject to the demands and commands of the United States armed forces and will be unable to meet with her attorney and prepare her defense.

4. Accordingly, Defendant Pace asks this Honorable Court to stay discovery against her until her military deployment ends on March 7, 2009.

5. Plaintiff will not be prejudiced by a stay of discovery against Defendant Pace because he may proceed with substantially the same discovery against Defendant Dicarlo.

6. In fact, Defendant Dicarlo has already filed his proposed Answer to Plaintiff's Complaint attached to his Motion for Leave to File his Answer *Instanter*.

WHEREFORE, Defendant Pace respectfully requests that this Court enter an order staying discovery against her in this action until she is scheduled to return from military deployment on March 7, 2009.

Respectfully submitted,

/s/ Shneur Z. Nathan
SHNEUR Z. NATHAN
Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-1842
(312) 744-6566 (Fax)
Atty. No. 6294495

## CERTIFICATE OF SERVICE

I, Shneur Z. Nathan, an attorney, hereby certify that on February 27, 2008, I caused DEFENDANT PACE'S MOTION TO STAY DISCOVERY to be served upon all counsel of record by filing the same before the Court via the ECF system.

/s/ Shneur Z. Nathan
Shneur Z. Nathan