26-Feb-08  15:02   From-BUREAU ADMINISTRATIVE SERVICES   +31274 56925   T-213   P.01/01   F-332

# PERSONNEL ACTION REQUEST
## CHICAGO POLICE DEPARTMENT

**TODAY'S DATE:** 15 FEB. 08

**MEMBER TO BE AFFECTED (LAST NAME - FIRST - MI):** PACE, FELICIA L.
**STAR/BADGE NO.:** 5223
**EMPLOYEE NO.:** 14176
**UNIT ASSIGNED:** 007

**EFFECTIVE DATE:** 20 FEB. 08
**JOB TITLE:** P.O.
**SOCIAL SECURITY NO.:** [redacted]

### TYPE OF ACTION

| CHECK TYPE OF ACTION HERE (DO NOT CHECK MORE THAN ONE) | INFORMATION REQUIRED (ENTER INFORMATION IN "REMARKS SECTION" BELOW) | | SIGNATURES REQUIRED |
|---|---|---|---|
| EXCUSED WITHOUT PAY - DISCIPLINARY | GIVE EFFECTIVE DATE, CIRCUMSTANCES & C.R. NO | | UNIT C.O. |
| EXCUSED WITHOUT PAY - NON-DISCIPLINARY | GIVE EFFECTIVE DATE & CIRCUMSTANCES | | UNIT C.O. |
| ABSENCE WITHOUT PAY - AWOP | GIVE EFFECTIVE DATE & CIRCUMSTANCES. STATE WHETHER OR NOT MEMBER NOTIFIED SUPERVISOR | | UNIT C.O. |
| TERMINATION - JOB ABANDONMENT | GIVE EFFECTIVE DATE.  FOP - ACTION TAKEN AFTER 4 CONSECUTIVE WORKDAYS AWOP. AFSCME & UNIT B - ACTION TAKEN AFTER 5 CONSECUTIVE WORKDAYS AWOP | | UNIT C.O., AREA CHIEF OR DIVISION C.O. |
| LEAVE, DISABILITY PENSION - SWORN ONLY | ATTACH MEDICAL REPORTS, COMPLETE REVERSE SIDE | | MEMBER, MEDICAL DIRECTOR |
| LEAVE, MILITARY (PAID ENCAMPMENT - 14 DAYS MAX.) | GIVE DATES, ATTACH COPY OF OFFICIAL ORDER, COMPLETE REVERSE SIDE | | MEMBER, UNIT C.O., AREA CHIEF OR DIVISION C.O. |
| X LEAVE, MILITARY - WITHOUT PAY | GIVE DATES, ATTACH COPY OF OFFICIAL ORDERS, COMPLETE REVERSE SIDE. ALSO ATTACH PER-73 (CITY REQUEST FOR LEAVE) AND PER-74 (EXIT INTERVIEW REPORT) | IF OVER 29 DAYS | MEMBER, UNIT C.O., AREA CHIEF OR DIVISION C.O. |
| UNPAID ABSENCE (29 DAYS AND UNDER) - NO INSURANCE BENEFITS | GIVE REASON & RETURN DATE, COMPLETE AND SIGN REVERSE SIDE | | MEMBER, UNIT C.O., AREA CHIEF OR DIVISION C.O. |
| LEAVE, OTHER (30 DAYS AND OVER) | GIVE REASON & LENGTH OF LEAVE REQUESTED, COMPLETE REVERSE SIDE (CITY REQUEST FOR LEAVE) AND PER-74 (EXIT INTERVIEW REPORT) | ATTACH PER-73 | MEMBER, UNIT C.O., AREA CHIEF OR DIVISION C.O., DEP SUPT. B.A.S. |
| LEAVE, EXTENSION OF | GIVE DATES & REASON, COMPLETE REVERSE SIDE, ATTACH PER-73 (CITY REQUEST FOR LEAVE) | | MEMBER |
| MARRIAGE LEAVE | GIVE DATES REQUESTED FOR LEAVE, DATE OF CEREMONY & SPOUSE'S NAME | | MEMBER, UNIT C.O. |
| NAME CHANGE | GIVE NEW NAME. IF OTHER THAN BY MARRIAGE, ATTACH VERIFICATION / EXPLANATION | | MEMBER, UNIT C.O. |
| RETIREMENT | GIVE EFFECTIVE DATE | ATTACH PER-74 (EXIT INTERVIEW REPORT). AS SOON AS RESIGNATION IS ACTED ON BY THE COMMANDING OFFICER, THE COMMANDING OFFICER WILL NOTIFY THE INTERNAL AFFAIRS DIVISION AND THE PAYROLL / FINANCE DIVISION BY TELEPHONE | MEMBER, UNIT C.O., AREA CHIEF OR DIVISION C.O. |
| RESIGNATION | GIVE EFFECTIVE DATE & REASON | | MEMBER, UNIT C.O., AREA CHIEF OR DIVISION C.O. |
| SEPARATION TO ACCEPT OTHER CITY POSITION / TITLE | GIVE EFFECTIVE DATE, NEW JOB TITLE & NAME OF NEW CITY DEPARTMENT | | MEMBER, UNIT C.O., AREA CHIEF OR DIVISION C.O. |
| DEATH IN FAMILY | GIVE DATES & RELATIONSHIP TO DECEASED | | UNIT C.O. |
| TRANSFER REQUEST | COMPLETE PERSONNEL TRANSFER & ASSIGNMENT SECTION BELOW | | MEMBER, UNIT C.O., AREA CHIEF OR DIVISION C.O., DEP SUPT |
| AUTHORIZED OPENING BID (FOP) | COMPLETE PERSONNEL TRANSFER & ASSIGNMENT SECTION BELOW | | MEMBER |
| RECOGNIZED VACANCY BID (FOP) | COMPLETE PERSONNEL TRANSFER & ASSIGNMENT SECTION BELOW | | MEMBER |

### PERSONNEL TRANSFER & ASSIGNMENT SECTION

| UNIT OF ASSIGNMENT REQUESTED | HOME ADDRESS | | HOME TELEPHONE NO | SENIORITY DATE | TITLE CODE | GRADE |
|---|---|---|---|---|---|---|
| DATE ASSIGNED TO PRESENT UNIT | DATE OF BIRTH | □ UNIT NOTICE OF RECOGNIZED OPENING NO □ RECOGNIZED VACANCY LISTING ADMINISTRATIVE MESSAGE FACSIMILE NETWORK NO | | POSITION REQUESTED | | |
| DATE SUBMITTED | TIME SUBMITTED | COMMANDING OFFICER / WATCH COMMANDER'S SIGNATURE | | | STAR NO. | |

### REMARKS SECTION

MILITARY DEPLOYMENT (379 DAYS)

### SIGNATURES

SIGNATURE OF MEMBER (IF REQUIRED): [signature]

☒ RECOMMEND APPROVAL  □ DISAPPROVAL  SIGNATURE & TITLE (UNIT C.O.): [signature]

□ RECOMMEND APPROVAL  □ DISAPPROVAL  SIGNATURE & TITLE

□ RECOMMEND APPROVAL  □ DISAPPROVAL  SIGNATURE & TITLE

**FOR PERSONNEL DIVISION, BUREAU OF ADMINISTRATIVE SERVICES USE ONLY**

□ APPROVED  □ DISAPPROVED  SIGNATURE

□ RECOMMEND APPROVAL  □ DISAPPROVAL  I.A.D. CLEARANCE

PAGE: 002   R=95%