UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEMETRIOUS SIMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 08 C 6291 |
| vs. | ) |
| | ) |
| CHICAGO POLICE OFFICERS | ) JUDGE GOTTSCHALL |
| DICARLO, Star No. 17647, PACE, | ) |
| Star No. 15062, the CITY OF | ) MAGISTRATE JUDGE COLE |
| CHICAGO, and UNKNOWN | ) |
| CHICAGO POLICE OFFICERS, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

**Notice of Motion**

To:  Christopher R. Smith
Jared S. Kosoglad
James M. Baranyk
Law Offices of Christopher R. Smith
119 N. Peoria Street, Suite 3A
Chicago, Illinois 60607

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant Pace's Motion to Stay Discovery**.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Gottschall or before such other Judge sitting in her place or stead, on the 6th day of March 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the above referenced Motion.

**DATED** at Chicago, Illinois February 27, 2008

Respectfully submitted,

/s/ Shneur Z. Nathan
SHNEUR Z. NATHAN
Assistant Corp. Counsel

30 North LaSalle Street, 1400
Chicago, Illinois 60602
(312) 742-6413
Atty. No. 6294495