UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Demetrious Sims
                Plaintiff,

v.                                      Case No.: 1:08−cv−00291
                                      Honorable Joan B. Gottschall

Dicarlo, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge Joan B. Gottschall : Motion hearing held on 3/6/2008 regarding motion to stay[12], motion for leave to file[10]. Defendant Dicarlo's Motion for leave to file his answer instanter [10] is granted. Defendant Page's Motion to stay discovery [12] is granted. Status hearing set for 3/19/2008 is stricken and reset to 4/9/2008 at 09:30 AM. If stipulation to dismiss is filed prior to 4/9/2008, no appearance is required. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.