IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEMETRIOUS SIMS, | ) |
| Plaintiff, | ) |
| vs. | ) No. 08 C 291 |
| CHICAGO POLICE OFFICERS FELICIA PACE, ANTONIO DICARLO and the CITY OF CHICAGO, | ) Judge Joan B. Gottschall |
| | ) Magistrate Judge Jeffrey Cole |
| Defendants. | ) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Christopher R. Smith
Attorney for plaintiff,
Demetrious Sims
Law Offices of Christopher R. Smith
119 N. Peoria St., Suite 3A
Chicago, Illinois 60607
(312) 432-0400
Attorney No. 6280953
DATE: 3/17/2008

Shneur Nathan
Assistant Corporation Counsel
Attorney for defendants,
Felicia Pace and Antonio DiCarlo
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-1842
Attorney No. 6294495

DATE: March 12, 2008
08 C 291

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: David Seery by DMW
David Seery
Chief Assistant Corporation Counsel
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-5738
Attorney No. _____

DATE: 3/28/08