UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEMETRIOUS SIMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 291 |
| vs. | ) | |
| | ) | |
| CHICAGO POLICE OFFICERS | ) | JUDGE GOTTSCHALL |
| DICARLO, Star No. 17647, PACE, | ) | |
| Star No. 15062, the CITY OF | ) | MAGISTRATE JUDGE COLE |
| CHICAGO, and UNKNOWN | ) | |
| CHICAGO POLICE OFFICERS, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

### Notice of Filing

To:   Christopher R. Smith
      Jared S. Kosoglad
      James M. Baranyk
      Law Offices of Christopher R. Smith
      119 N. Peoria Street, Suite 3A
      Chicago, Illinois 60607

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the parties' **Stipulation to Dismiss**, a copy of which is hereby served upon you.

**DATED** at Chicago, Illinois March 31, 2008

Respectfully submitted,

/s/ Shneur Z. Nathan
SHNEUR Z. NATHAN
Assistant Corp. Counsel

30 North LaSalle Street, 1400
Chicago, Illinois 60602
(312) 742-1842
Atty. No. 6294495