# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 291 | **DATE** | 4/2/2008 |
| **CASE TITLE** | Demetrious Sims vs. Dicarlo et al | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation to Dismiss [16], this case is dismissed with prejudice and with each party bearing its own costs and attorneys' fees in the accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal. Enter Agreed Order. Status hearing set for 4/9/08 at 9:30AM is stricken. Civil case terminated.

Docketing to mail notices.



| | Courtroom Deputy Initials: | RJ |
|---|---|---|