

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEMETRIOUS SIMS,<br><br>  Plaintiff,<br><br>  vs.<br><br>CHICAGO POLICE OFFICERS FELICIA PACE, ANTONIO DICARLO and the CITY OF CHICAGO,<br><br>  Defendants. | No. 08 C 291<br><br>Judge Joan B. Gottschall<br><br>Magistrate Judge Jeffrey Cole |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Demetrious Sims, by one of his attorneys, Christopher R. Smith, and defendants, Felicia Pace and Antonio DiCarlo, by their attorney, Shneur Nathan, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Demetrious Sims, against defendants, City of Chicago, Felicia Pace and Antonio DiCarlo, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER:

_____
The Honorable Joan B. Gottschall
United States District Judge

DATED: 4/2/08